**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BASSIROU KA, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:26-cv-02375-SHL-atc |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) ) | |
| Respondent. | ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On April 3, 2026, Petitioner Bassirou Ka filed the Petition for Writ of Habeas Corpus, seeking release from detention under 28 U.S.C. § 2241.  (ECF No. 1).  Ka challenges his continued detention in the West Tennessee Detention Facility pursuant to 8 U.S.C. § 1225 without a bond hearing and seeks not a bond determination, but his "immediate, unconditional release."  (Id. at PageID 2.)  He argues that his detention violates the Immigration and Nationality Act, the Administrative Procedure Act, and the Fifth Amendment.  (Id. at PageID 9–12.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)     Within **five days** of this Order, Ka shall serve one copy each of the Petition and this Order (ECF No. 9) on the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, if he has not done so already, Ka shall send the documents listed above to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with these service requirements may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)    Within **five days** after Ka fully complies with the above requirements, Respondent Christopher Bullock shall respond to the Petition in writing.

(3)    Ka may file a reply within **two days** after Bullock's responsive filing.

(4)    Bullock shall not transfer Ka out of the West Tennessee Detention Facility during the pendency of this Petition.

**IT IS SO ORDERED,** this 10th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE