**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **BASSIROU KA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 2:26-cv-02375-SHL-atc** |
| **CHRISTOPHER BULLOCK, Acting** | ) | |
| **Director of the New Orleans Field Office of** | ) | |
| **ICE, in his official capacity,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On April 3, 2026, Petitioner Bassirou Ka filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.[1] (ECF No. 1.) Ka challenges his ongoing detention under 8 U.S.C. § 1225 without a bond hearing at the West Tennessee Detention Facility as violative of his Fifth Amendment rights, the Immigration and Nationality Act, and the Administrative Procedure Act and seeks immediate release. (*Id.* at PageID 9–12.) On April 15, 2026, Respondent timely responded in opposition to the Petition, arguing that Petitioner is rightfully detained without bond under 8 U.S.C. § 1225 and noting that the Sixth Circuit had not yet ruled on the issue of whether the detention of a noncitizen in Petitioner's position is governed by 8 U.S.C. § 1225 or § 1226. (ECF No. 11.)

On May 11, 2026, however, the Sixth Circuit issued its opinion in *Lopez-Campos v. Raycraft*, affirming that a noncitizen who has spent "significant time . . . within the interior of the

---

[1] The Petition has been referred to the undersigned until May 26, 2026, pursuant to Administrative Order No. 2026-16.

United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  No. 25-1965, – F.4th – , 2026 WL 1283891, at *13 (6th Cir. 2026).

In light of the Sixth Circuit's holding in *Lopez-Campos*, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from *Lopez-Campos* or state why *Lopez-Campos* otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

SO ORDERED this 15th day of May, 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

2